IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00115-M-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| TYRHONDA JY'QUA ATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court to determine Defendant's competency pursuant to 18 U.S.C. § 4241 *et seq.* Consistent with the provisions of Section 4247(d), the court held a hearing to determine competency on October 2, 2023. The court has carefully considered the forensic evaluation, together with the record in this case and the (consensus) position of the parties. Therefore, at the conclusion of the hearing, the court determined, by a preponderance of the evidence, that Defendant "has recovered to such an extent that [s]he is able to understand the nature and consequences of the proceedings against h[er] and to assist properly in h[er] defense." 18 U.S.C. § 4241(e). Accordingly, the court FINDS that Defendant is competent to stand trial, and ORDERS the parties to provide a status report on custody and treatment by Thursday, October 5, 2023.

Pending resolution of those matters subject of the parties' forthcoming status report, the court further FINDS that the delay occasioned by this order shall be excluded in computing Defendant's speedy-trial time pursuant to 18 U.S.C. § 3161(h)(1)(A) & (7)(A).

SO ORDERED this 2d day of October, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE