IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00115-M-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | (UNDER SEAL) |
| | ) | |
| TYRHONDA JY'QUA ATKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court sua sponte. On October 5, 2023, the parties filed a status report indicating that the United States Marshals were "consulting with . . . facilities [closer to this District] to determine if any can house [Defendant]." DE 629 at 3. The parties have not provided any further report. Accordingly, the court directs the parties to file a status report by November 9, 2023, so that it may schedule proceedings for Defendant.

SO ORDERED this  2d  day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE