IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CR-00115-M-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| TYRHONDA JY'QUA ATKINS, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the court on the parties' Joint Status Report [DE 638]. Based upon the information contained therein, the court sets this matter for an arraignment in the January 9, 2024 term of court.

SO ORDERED this 27th day of November, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE